# AARONSON RAPPAPORT
## Aaronson Rappaport Feinstein & Deutsch, LLP

**Docket and File.**

Julia L. Harvey
Phone (212) 593-6538
Fax (212) 593-6970
jlharvey@arfdlaw.com

June 25, 2021

Via regular mail:

| | |
|---|---|
| **DELAILAH PEREZ** | **SUSAN SUAREZ** |
| Plaintiff | Plaintiff |
| 70 Kenmare Street, Apt. 29 | 70 Kenmare Street, Apt. 29 |
| New York, New York 10012 | New York, New York 10012 |
| (212) 498-9256 | (212) 498-9256 |

Re: DELAILAH PEREZ; SUSAN SUAREZ v. NEW YORK CITY, et al.
    ARFD File Number: 7080.024
    Docket Number:    20 Civ. 11053 (LGS)

Dear Ms. Perez and Ms. Suarez:

In accordance with the Order of Service by Hon. Lorna G. Schofield, dated April 28, 2021, please find the full names of the hospital staff members sued as well as addresses where they may be served:

- Colleen Denny, M.D.; 462 First Avenue, New York, New York 10016
- Cathy Kondas, M.D.; 462 First Avenue, New York, New York 10016
- France Irene Chaput, M.D.; 462 First Avenue, New York, New York 10016
- Andrea Kondracke, M.D.; 624 The Parkway, Mamaroneck, NY, 10543

Efforts to fully identify "Morris Fortre" have been unavailing and we will continue our efforts to identify such individual.

Very truly yours,

/s/ Julia L. Harvey

Julia L. Harvey
JLH\jlh

CC: **Hon. Lorna G. Schofield**
    United States Courthouse
    Southern District of New York
    500 Pearl Street, New York, NY 10007

---

Pro se Plaintiffs have been granted permission to proceed IFP, so they are entitled to rely on the Court and the U.S. Marshals Service to effect service. Plaintiffs' deadline to serve the individual Defendants is extended to **October 11, 2021**.

The Clerk of Court is respectfully directed to fill out a U.S. Marshals Service Process Receipt and Return form for each of the above-listed Defendants, to issue summonses and to deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon the above-listed Defendants.

So Ordered.

Dated: July 13, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

NEW YORK CITY | 600 Third Avenue, New York, NY 10016 | 212.593.6700
LONG ISLAND | 390 Old Country Road, Garden City, NY 11530 | 516.281.9600
www.arfdlaw.com