UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DELAILAH PEREZ, et al.,
                        Plaintiffs,

          -against-

NEW YORK CITY, et al.,
                        Defendants.
------------------------------------------------------------X

20 Civ. 11053 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiffs filed their Complaint on December 28, 2020;

      WHEREAS, the Court's July 21, 2021, Order scheduled a telephonic conference for August 5, 2021, at 10:50 a.m.;

      WHEREAS, Plaintiffs failed to appear at the August 5, 2021, conference;

      WHEREAS, the Court's August 5, 2021, Order scheduled a telephonic conference for August 19, 2021, at 11:30 a.m. and required Plaintiffs to submit a letter stating their intention to proceed with the case upon receiving the Order.  The Order advised Plaintiffs that if they fail to attend the August 19, 2021, Conference and fail to send the letter, their case may be dismissed.

      WHEREAS, Plaintiffs failed to appear at the August 19, 2021, conference;

      WHEREAS, Plaintiffs failed to submit a letter stating their intention to proceed with the case.  It is hereby

      **ORDERED** that this case is DISMISSED because of Plaintiffs' failure to prosecute.

      The Clerk of Court is respectfully directed to close the case and mail a copy of this Order to pro se Plaintiffs.

Dated: August 19, 2021
       New York, New York

                                               LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE